IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:21-po-00267-CKD |
| ) | |
| Plaintiff, ) | ORDER TO DISMISS AND VACATE BENCH TRIAL |
| ) | |
| v. ) | |
| ) | |
| JILLIAN A. BRYLA, ) | DATE:  October 14, 2021 |
| ) | TIME:  10:00 a.m. |
| Defendant. ) | JUDGE: Hon. Carolyn K. Delaney |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss without prejudice, Case Number 2:21-po-00267-CKD is GRANTED.

It is further ordered that the bench trial scheduled on October 14, 2021 is vacated.

IT IS SO ORDERED.

Dated:  August 25, 2021

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE